NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VALEANT INTERNATIONAL BERMUDA,**
*Plaintiff- Appellee,*

v.

**WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC. – FLORIDA, AND WATSON PHARMA, INC.,**
*Defendants-Appellants.*

---

2012-1117, -1307

---

Appeals from the United States District Court for the Southern District of Florida in case no. 10-CV-20526, Chief Judge Federico A. Moreno.

---

**VALEANT INTERNATIONAL BERMUDA,**
*Plaintiff- Appellant,*

v.

**WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC. – FLORIDA, AND WATSON PHARMA, INC.,**
*Defendants-Appellees.*

---

## 2012-1202

---

Appeal from the United States District Court for the Southern District of Florida in case no. 10-CV-20526, Chief Judge Federico A. Moreno.

---

## ON MOTION

---

## ORDER

Valeant International Bermuda moves to reform the caption and to withdraw its motion to dismiss Watson Pharmaceuticals, Inc. et al.'s appeal 2012-1117. Valeant moves to voluntarily dismiss its cross-appeal, 2012-1202.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2012-1117 is withdrawn.

(2) The motion to voluntarily dismiss Valeant's cross-appeal is granted. Appeal no. 2012-1202 is dismissed.

(3) The motion to reform the official caption is granted. The revised official caption is reflected above.

(4) Each side shall bear its own costs in 2012-1202.

(5) The briefing schedule in 2012-1117, -1307 is stayed pending disposition of the motion to disqualify counsel.

FOR THE COURT

DEC 2 1 2012                    /s/ Jan Horbaly
      Date                          Jan Horbaly
                                    Clerk


cc:  Theresa Marie Gillis, Esq.
     James F. Hurst, Esq.

s8


ISSUED AS A MANDATE (as to 2012-1202 only): DEC 2 1 2012


FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 2 1 2012

JAN HORBALY
CLERK